### THOMAS PALMER *versus* HENRY DISBROW.

JOURNAL ENTRIES (1825–27): *Journal 4:* (1) Motion to dismiss action *p. 24; (2) motion to

dismiss overruled, continued *p. 101; (3) motion for continuance overruled, motion to send issue to circuit court for trial *p. 142; (4) motion to send issue to circuit court overruled, nonsuit, attendance of witness proved *p. 144.

PAPERS IN FILE: (1) Transcript of county court record; (2) precipe for subpoena; (3) subpoena; (4) motion to dismiss; (5) subpoena; (6) affidavit for continuance; (7) writ of fi. fa. for costs, return.

*1824–36 Calendar*, MS p. 106.